AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**FILED**
FEB 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES OF AMERICA

v.

RICKY D. LINDSEY
DOB:
PDID:

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 08 - 085 - M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 14, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __SPECIAL AGENT DANIEL SPARKS__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

FEB 14 2008                                at      Washington, D.C.
Date    ALAN KAY                                   City and State
        U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer                   Signature of Judicial Officer

**STATEMENT OF FACTS**                08-085-M-01

  On Thursday, February 14, 2008, members of the FBI/MPD Safe Street Task Force executed a U.S. District Court search warrant at                , Washington, D.C. After knocking and announcing, the door was opened by the defendant, Ricky Lindsey. A search of the bedroom, identified as the defendant's bedroom, revealed approximately 625 grams of suspected cocaine powder, approximately 116 grams of suspected crack cocaine, an UZI 9mm semi-automatic sub-machine gun, a disassembled UZI sub-machine gun, 9mm, .40 caliber, .38 caliber, 5.56 rifle ammunition, various magazines to include, AK-47 magazines, and an SKS 50 round magazine. Also recovered from the same bedroom was identification in the defendant's name, baking soda, numerous ziplock bags, and scales. A portion of the suspected cocaine and crack cocaine field tested positive for cocaine. The bedroom was identified as the defendant's by both the defendant's mother and sister. The defendant was placed under arrest.

_____
SPECIAL AGENT DANIEL SPARKS
FEDERAL BUREAU OF INVESTIGATION

FEB 1 4 2008

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF FEBRUARY, 2008.

_____
U.S. MAGISTRATE JUDGE

ALAN KAY
U.S. MAGISTRATE JUDGE